UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 1:13-cr-10165-PBS-2 |
| ) | |
| JERRY COOPER ) | |

### ASSENTED TO EMERGENCY TO MOTION TO CONTINUE DETENTION HEARING

NOW COMES the Defendant, Jerry Cooper, ("Cooper"), through counsel, and hereby moves this Honorable Court to continue the Detention Hearing scheduled for tomorrow, Tuesday June 11, 2013, at 2:15 P.M., to an afternoon time on June 19th, 25th or 26th.  In support of this request, counsel for Cooper, Peter Charles Horstmann, was appointed as Cooper's counsel on May 21, 2013, and has not had ample opportunity to review the file nor has he had the opportunity to speak with Cooper and arrange for his interview with pre-trial services. The undersigned counsel has been and is currently on trial before the Honorable Mark. L. Wolfe in the matter of *United States of America v. Soto, et al.,* Docket No.: 1:11-cr-10310-MCW-3, since June 3, 2013.  Trial in the *Soto* matter is projected to be 2 ½ - 3 weeks.  The Government, through Attorney Kate Ferguson, has assented to this motion.

    Respectfully submitted,

    /s/ Peter Charles Horstmann
    Peter Charles Horstmann, Esq.
    BBO. No.: 556377
    Partridge, Ankner & Horstmann, LLP
    200 Berkeley Street, 16th Floor
    Boston, MA 02116
    (617) 859-9999

## CERTIFICATE OF SERVICE

I certify that the following will be served electronically on all counsel identified on the Notice of Electronic Filing on June 10, 2013.

/s/ Peter Charles Horstmann, Esq.
Peter Charles Horstmann