Exhibit B

Case 1:13-cr-10165-PBS   Document 71-2   Filed 01/24/14   Page 1 of 3

| U.S. Department of Justice | Report of Investigation |
|---|---|
| Bureau of Alcohol, Tobacco, Firearms and Explosives | |

| Title of Investigation: | Investigation Number: | Report Number: 2 |
|---|---|---|

**SUMMARY OF EVENT:** <u>PURCHASE OF EVIDENCE</u>: On March 18, 2013, ATF Confidential Informant ▇ met with Jerry "Baby" COOPER (DOB: ▇ 1962) in Roxbury, MA. During the meeting, ATF Confidential Informant ▇ purchased a quantity of suspected crack cocaine from COOPER in exchange for $200.00 ATF Official Agent Cashier Funds (U.S. Currency)

**NARRATIVE:**

1. This ATF Report of Investigation will document the purchase of a quantity of suspected crack cocaine by ATF Confidential Informant ▇ (CI) from Jerry "Baby" COOPER.

2. On March 18, 201, the CI met with Jerry "Baby" COOPER. The meeting took place inside the CI's vehicle which was parked opposite 13 Winthrop Street, Roxbury, MA. During the meeting the CI purchased a quantity of suspected crack cocaine (ATF Property Item # 1) from COOPER in exchange for $200.00 ATF Official Agent Cashier Funds (U.S. Currency)

3. At approximately 8:00pm, the CI prior to meeting with COOPER was searched for contraband with negative results. The CI's vehicle was outfitted with an electric monitoring device and the CI was provided government funds of which the serial numbers had been previously recorded. The CI had been previously instructed by COOPER during a previous phone conversation (ATF Property Item # E2) to meet him at "Momma's House" which the CI informed us meant 13 Winthrop Street, Roxbury, MA.

4. At approximately 8:11pm, the CI left the predetermined meet location and drove directly to 13 Winthrop Street, Roxbury, MA during which time surveillance units followed the CI and kept him/her under close observation.

5. Between 8:23pm and 9:02 the CI can be heard over the transmitter having approximately four brief phone conversations. Subsequent to the aforementioned phone conversations the CI called S/A Higgins with updates relative to the conversation with COOPER.

6. At approximately 9:11pm, the CI can be heard over the transmitter saying that's him {COOPER} right now getting out of a green Crown Vic behind me. S/A Crowley observed the aforementioned vehicle on Winthrop Street but was unable to obtain a license plate.

| Prepared by: Brian P. Higgins | Title: Special Agent, Boston II Field Office | Signature: | Date: 3/25/13 |
|---|---|---|---|
| Authorized by: Thomas F. Crowley | Title: Acting Group Supervisor, Boston II Field Office | Signature: | Date: 3/27/13 |
| Second level reviewer (optional): Guy N. Thomas | Title: Special Agent in Charge, Boston Field Division | Signature: | Date: |

7. At approximately 9:11 it can be heard over the transmitter the CI having a conversation with another individual. It also sounded as if someone entered and exited the CI's vehicle after a brief conversation. During this short conversation the male voice said to the CI "I will try to have one on deck for you baby" At approximately 9:12pm S/A Crowley observed the CI's vehicle leave the area. Surveillance units kept the CI's vehicle under close observation.

8. At approximately 9:19pm the CI arrived back to the predetermined meet location. S/A Higgins took possession of a small package of suspected crack cocaine for processing. S/A Higgins removed the transmitter/recorder from the CI. The CI was again searched for contraband with negative results.

9. The meeting and the transaction for the suspected crack cocaine was video/audio recorded via a digital recording device, which was concealed inside the CI's vehicle. Subsequent to the meeting, the video/audio recording of the meeting/transaction was transferred to DVD by S/A Brian Higgins and preserved as evidence (ATF Property Item # E1) it should be noted that the audio of this controlled purchase was captured but the video malfunctioned.

10. Upon return to the ATF Office, S/A Higgins weighed the suspected package. It had a weight of approximately 3.6 grams. S/A Higgins conducted a field test on a sample removed from the bag of suspected crack cocaine. S/A Higgins utilized nik Public Safety test kit type G, cocaine, crack cocaine and free base. The field test is conducted by placing a small sample of the substance into a pouch which contains three plastic ampoules. Once the pouch is sealed the ampoules are broken one at a time from left to right. The 1st ampoule is broken releasing a chemical which is mixed with the substance. A positive result will be indicated if blue or pink with blue speckles after breaking the 1st ampoule. In this instance the aforementioned was observed. The 2nd ampoule is then broken and a positive result will be indicated by a pink result. In this instance the aforementioned was observed. The 3rd ampoule is then broken and a positive result will be indicated by a pink layer or a blue layer. In this instance the aforementioned was observed. The purchased substance, less the sample will be forwarded to the DEA Lab for further analysis. After the test was completed, the suspected cocaine was processed as ATF evidence (ATF Property Item #1).