Exhibit M

Case 1:13-cr-10165-PBS   Document 71-12   Filed 01/24/14   Page 1 of 3

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: 29 |
|---|---|---|

**SUMMARY OF EVENT:** <u>EXECUTION OF FEDERAL SEARCH WARRANT:</u> On Monday, May 20th, 2013 at approximately 8:18 PM, Members of ATF Boston Group II along with members of the Boston Police Department (BPD) executed a Federal Search Warrant (13-M1-1112-RBC) at 4 Westminster Avenue in the Roxbury neighborhood of Boston, Ma. This was in relationship with an ongoing narcotics investigation.

**NARRATIVE:**

1. Participating in the search warrant were ATF Special Agent's (S/A) Thomas Crowley, Daniel Campbell, Lisa Rudnicki, James Mercer, Mathew Shibley, Frank Tortorella, Mattheu Kelsch, Brian Higgins, Task Force Officer's (TFO) Sergeant Detective Michael Linskey, Detective John O'Connor and Detective Joseph King, along with BPD Sergeant Earl Perkins, Detective Anthony Serra, Detective Bruce Higgins and Police Officer John Burrows.

2. Boston Group II conducted pre-surveillance at 4 Westminster Avenue and saw the targets of the investigation, identified as Jerry "Baby" COOPER and Artis "Jr" COOPER, arrive at the residence at approximately 8:18pm. Jerry "Baby" COOPER had been kept under close observation by surveillance units from the time he departed 8 Dewey Street until he arrived at 4 Westminster Avenue.

3. Jerry "Baby" COOPER arrived via MA Registration 991GN4 (2000 Ford Crown Victoria green in color) and moments later Artis "Jr." COOPER arrived via MA Registration 4ANT70 (2013 Nissan Altima Sedan black in color). Both vehicles parked opposite 4 Westminster Avenue and all occupants remained in their respective vehicles.

4. ATF Boston Group II along with members of the Boston Police Department stopped both vehicles and removed all of the occupants. Investigators recovered one large black plastic bag containing a white substance suspected to be crack cocaine which was in a clear plastic bag and was wrapped in a white paper towel. The suspected crack cocaine was in plain view and was located on the floor in front of the passenger seat and was closest to the center console of MA Registration 4ANT70.

5. Once all vehicle occupants were secured and detained members of Boston Group II approached 4 Westminster Avenue and knocked announced their presence several times with no response from within. After a reasonable amount of time, ATF Agents forced entry into the residence and came into contact with Olive MOORE (DOB █ 1935) who initially refused to comply with multiple verbal commands to sit down in a chair located in the foyer. MOORE was visibly agitated as she took several steps backwards knocking over a small table and falling to the floor before being assisted to the chair. As a precaution the Boston Fire Department and Boston

| Prepared by: Brian P. Higgins | Title: Special Agent, Boston II Field Office | Signature: | Date: 5-21-13 |
|---|---|---|---|
| Authorized by: Thomas F. Crowley | Title: Acting Group Supervisor, Boston II Field Office | Signature: | Date: 6-3-13 |
| Second level reviewer (optional): Guy N. Thomas | Title: Special Agent in Charge, Boston Field Division | Signature: | Date: |

Health and Hospitals was notified and they responded to the scene. MOORE was evaluated with negative results and was not transported to the hospital.

6. MOORE was informed of the search warrant for the residence and that she was NOT under arrest but would be required to stay seated in the foyer. A family member was called, responded to the residence and MOORE was allowed to leave.

7. A thorough search of the residence was conducted and the following items were taken into custody: See Attached Evidence Log Dated 5/20/13

8. Artis "Jr." COOPER and Jerry "Baby" COOPER were arrested per Assistant United States Attorney (AUSA) Katherine Ferguson for violation of Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute and to distribute a controlled substance, to wit cocaine base). Both individuals were courtesy booked by the Boston Police Department and then transported to the Brookline Police Department where they were lodged over night.

9. Melody PEARSON ([redacted] 1979) was arrested by the Boston Police Department for violation of state narcotics laws. PEARSON was a passenger in MA Registration 4ANT70 when it was approached by law enforcement. PEARSON said that Artis COOPER had just picked her up at Stop & Shop and they travelled directly to 4 Westminster Avenue. COOPER said that prior to leaving Stop & Shop for the night security per protocol searched her belongings which consisted of a pocketbook and a clear plastic bag with personal items inside. PEARSON when informed by investigators of the recovery of a quantity of crack cocaine from the floor of the vehicle directly in front of her feet closest to the center console, she denied any knowledge but offered no further information relative to ownership. PEARSON later at Boston Police B2 during the booking process told Detective John O'Connor that she did in fact have knowledge of Artis COOPER's drug distribution operation. (BPD Incident #130302765)

10. A pre and post video was taken of the residence and a copy of the search warrant, as well as an inventory list of the items that were seized was left on the kitchen table when all Law Enforcement personnel left the scene.

Attachment(s)

Copy of the Federal Search Warrant issued by USMJ Robert B. Collings for 4 Westminster Avenue, Roxbury, MA dated May 9, 2013.

ATF Evidence Log Dated 5/20/13